UNITED STATES DISTRICT COURT                                    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| WIDENER MICHAEL WEEMS<br>        Petitioner,<br><br>versus<br><br>WILLIAM STEPHENS, Director, Texas<br>Department of Criminal Justice, Correctional<br>Institutions Division,<br>        Respondent. | CIVIL ACTION 4:15-CV-01632 |

## Order of Adoption

On September 11, 2015, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (Dkt. 7) to which Petitioner filed objections (Dkt. 8). After considering the record, the Court overrules Petitioner's objections and adopts the Memorandum and Recommendation as its Memorandum and Order. The petition is DISMISSED WITH PREJUDICE as successive. The Court will issue a separate Final Judgment.

Signed October 14, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge